# United States Court of Appeals

## For the First Circuit

No. 14-1953

DARRYL SCOTT,

Petitioner, Appellant,

v.

BRUCE GELB,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on January 13, 2016, is amended as follows:

On page 18, line 4, "the outcomes of prosecutor's prior strikes," is replaced with "the outcomes of the prosecutor's prior strikes,"